UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds,

                Petitioners,

-against-

Excel Installations, LLC.

                Respondent.

Index No.: 19-CIV-8265 (GBD)

DEFAULT JUDGMENT

USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: JAN 0 8 2020

---

This action having been commenced on September 6, 2019 by the filing of the Petition, and a copy of the Summons and Petition having been served on the Respondent Excel Installations, LLC on September 12, 2019 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on October 24, 2019 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Petitioners have judgment against Respondent in the liquidated amount of Twenty Five Thousand Eighteen Dollars and Sixty Four Cents ($25,018.64), which includes the following: Decision and Award of the Joint Trade Board amount due and owing in the sum of $19,604.64, attorney's fees in the sum of $4,890.00 and court costs and disbursements in the sum of $524.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioners be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
      [JAN 0 8 2020]19

So Ordered:

*George B. Daniels*
Honorable George B. Daniels, U.S.D.J.